JENNIE M. OPPENHEIM, Appellant, *v.* MARTHA KRIDEL, Respondent.

(Submitted October 1, 1923; decided October 9, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 236 N. Y. 156.)

---

DISLANDA GILL, as Administratrix of the Estate of ANTHONY GILL, Deceased, Respondent, *v.* UNITED AMERICAN LINES, Appellant.

*Appeal — motion to dismiss — constitutional question involved.*

Reported below, 206 App. Div. 778.

(Argued October 1, 1923; decided October 9, 1923.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 3, 1923, unanimously affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that permission to appeal had not been obtained. Appellant contended that a constitutional question was involved.

*William S. Butler* for motion.

*E. C. Sherwood* opposed.

Motion denied, without costs and without prejudice to right to renew motion on argument of appeal.

---

HERMAN W. ORTHEY, as Substituted Trustee under the Will of FREDERICK WESTPHAL, Deceased, Appellant, *v.* ABRAHAM BOGAN et al., Defendants, and CHARLOTTE P. GUNSER, as Executrix of APPOLONIA BOWDEN, Respondent.

(Submitted October 1, 1923; decided October 9, 1923.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 236 N. Y. 351.)